AO 245D-CAED (Rev. 9/01) Sheet 1 Judgment in a Criminal Case for Revocation

# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**DANIEL LEE FLORES**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:06CR00408-001**

Charles J. Lee

Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charge(s) 1 and 3  as alleged in the violation petition filed on 04/15/2011 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | 04/05/2011 |
| Charge 3 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | 03/09/2011, 03/18/2011 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on   12/18/2009  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]      Charge(s)  2, 4, and 5  are dismissed.

[✔]      Appeal rights given.                    [ ]      Appeal rights waived.

[✔]      **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect:**

While incarcerated, payment of any financial obligations are due during imprisonment at the rate of not less than $25.00 per quarter and payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/03/2011

Date of Imposition of Sentence

/s/ Lawrence J. O'Neill

Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge

Name & Title of Judicial Officer

06/08/2011

Date

AO 245B-CAED (Rev. 3/04) Sheet 2 -Imprisonment

CASE NUMBER:        1:06CR00408-001                                        Judgment - Page 2  of  2
DEFENDANT:          DANIEL LEE FLORES

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  15 months .

[✔]     The court makes the following recommendations to the Bureau of Prisons:

        1.       The Court recommends that the defendant be incarcerated in an Arizona facility, specifically a facility in or
                 near Safford, Arizona, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___ .
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___ .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to  _____

at _____ , with a certified copy of this judgment.

                                                          _____
                                                          UNITED STATES MARSHAL

                                                    By    _____
                                                          Deputy U.S.  Marshal